## SMITH V. SMITH.

A receipt in full of all demands respecting a certain bond, conditioned to pay a certain sum annually discharges all sums due on the bond, but not the bond itself.

ACTION on bond for £100, dated March A. D. 1776; executed by said Noah and Jonathan Smith.

Plea in bar sets forth the condition, which is — That if the said Jonathan shall pay and deliver to her, certain articles enumerated in the condition of said bond, annually, during her widowhood, then said bond should be void, etc. that after giving said bond said Jonathan paid her £50, and on the 26th day of January A. D. 1779, said Jonathan paid her £30, and in consideration thereof she made and executed to him a certain writing or discharge as follows viz. Received £30 in full satisfaction of all demands on said Jonathan, from the beginning of the world to this day, respecting all bonds, debts or demands; whereby he was wholly discharged from the bond on which, etc.

The plaintiff traversed the defendant's plea. Issue to the court.

The question was respecting the legal construction of the discharge. The court find the issue for the plaintiff. And,

By the COURT. The discharge extends to all demands upon the bond, then due and owing — but not to the bond itself, nor to any breach which has happened since the giving of said discharge.